**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>GEOFFREY LEE CROWE<br>AND<br>SARA JONG CROWE<br><br>Debtors | Chapter 13<br><br><br>Case No. 11-15583-RGM |

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed September 6, 2011. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(5)** - Failure to pay secured creditor the value of the collateral.
- Capital One, N.A. (2nd trust) is listed on Schedule D but is not provided for in the Modified Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court

**Notice of Objection To Confirmation**
Geoffrey Lee Crowe and Sara Jong Crowe, Case #11-15583-RGM

>will receive it on or before the date stated above.  You must mail a copy to the persons listed below.
>
>***Attend the hearing to be held on October 26, 2011 at 9:30 a.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
>A copy of any written response must be mailed to the following persons:
>
>>Thomas P. Gorman
>>300 North Washington Street, Ste, 400
>>Alexandria, VA 22314
>
>>Clerk of the Court
>>United States Bankruptcy Court
>>200 South Washington Street
>>Alexandria, VA 22314
>
>If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _September 20, 2011_____             __/s/Thomas P. Gorman _____
                                                                             Thomas P. Gorman
                                                                             Chapter 13 Trustee
                                                                             300 N. Washington Street, #400
                                                                             Alexandria, VA 22314
                                                                             (703) 836-2226
                                                                             VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of September, 2011, mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Geoffrey Lee Crowe | Pamela Anna Miller |
| Sara Jong Crowe | Attorney for Debtor |
| Chapter 13 Debtors | Po Box 425 |
| 5600 Flager Drive | Fairfax, VA 22038 |
| Centerville, VA 20120 | |

                                                                             __/s/ Thomas P. Gorman_____
                                                                             Thomas P. Gorman